BONNIE, Plaintiff in error, v. STATE, Defendant in error.

*No. State 134. Submitted under sec. (Rule) 251.54 September 11, 1973.—Decided October 2, 1973.*
(Also reported in 210 N. W. 2d 775.)

For the plaintiff in error the cause was submitted on the briefs of *Alan C. Cole* of La Crosse.

For the defendant in error the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *Betty R. Brown,* assistant attorney general.

PER CURIAM. This is an appeal from a judgment affirming the department of health & social service's order revoking appellant's probation. The court concludes, after a review of the record, the circuit court was correct in its determination that the department did not act arbitrarily or capriciously in ordering such revocation. *See State ex rel. Johnson v. Cady* (1971), 50 Wis. 2d 540, 185 N. W. 2d 306.

The judgment is affirmed.